UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL ANGELO DE ROSA, as next friend of AHMEDOU JEAN GOMISS,

               Petitioner,

-*against*-

LADEON FRANCIS, New York Field Office Director for U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, United States Attorney General; and the U.S. DEPARTMENT OF HOMELAND SECURITY

               Respondents.

**ORDER**
25-cv-10765 (ER)

---

EDGARDO RAMOS, United States District Judge:

    Ahmedou Jean Gomiss, through next friend Michael Angelo De Rosa, filed for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 on December 30, 2025. Doc. 1. The same day, the Court issued an order which, among other things, prohibited the Respondents from transferring the Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. Doc. 4 at 2. The prohibition was entered "in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition." *Id.*

    After the Court issued the order, the Petitioner filed an emergency motion for a temporary restraining order and an order to show cause. The motion seeks to enjoin the Respondents from "transferring [the] Petitioner out of the jurisdiction of the Southern District of New York pending resolution of the habeas petition." Doc. 6 at 3.

    The motion is DENIED.

It is SO ORDERED.

Dated: December 30, 2025
        New York, New York

_____
EDGARDO RAMOS
United States District Judge