UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL ANGELO DE ROSA, as next friend of AHMEDOU JEAN GOMISS,

                      Petitioner,

-*against*-

LADEON FRANCIS, New York Field Office Director for U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, United States Attorney General; and the U.S. DEPARTMENT OF HOMELAND SECURITY

                      Respondents.

ORDER
25-cv-10765 (ER)

---

EDGARDO RAMOS, United States District Judge:

      Ahmedou Jean Gomiss filed for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 on December 30, 2025. Doc. 1. That same day, the Court ordered the Respondents to file a letter indicating, *inter alia*, (1) whether the Petitioner was located in the Southern District of New York at the time that the Petition was filed, (2) the statutory provision(s) under which the Respondents assert the authority to detain the Petitioner, and (3) if the asserted basis for the Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A), whether there is any basis to distinguish this case from this Court's decision in *Liu v. Almodovar*, 25-cv-9256 (S.D.N.Y. Dec. 2, 2025).

      The Respondents filed the response letter on January 2, 2026. Doc. 9. In the letter, the Respondents concede that venue is proper because the Petitioner was in the Southern District of New York when the Petition was filed. *Id.* at 1. The Respondents also assert that the basis for the Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A) and that the "instant case is not materially distinguishable from the facts and legal issues presented in the Court's decision in *Liu v.*

*Almodovar*, 25-cv-9256 (ER)." *Id.* at 2.  Thus, while the Respondents "respectfully disagree[] with the Court's decision in *Liu*," they "acknowledge[] that the *Liu* decision would control the result in this case if the Court adheres to its prior decision." *Id.*  The Respondents do not raise any arguments for departing from *Liu*, but rather "rel[y] upon, and incorporate[] by reference, the legal arguments [the respondents] presented in *Liu*." *Id.*  They also indicate that they "believe[] the Court can decide this matter without further briefing." *Id.*

Having been presented with no additional arguments for deviating from *Liu*, the Court therefore GRANTS the Petition for the reasons set forth therein.  The Respondents are thereby ORDERED to immediately release Gomiss from custody and certify compliance with the Court's order by filing an entry on the docket no later than January 6, 2026, at 12 p.m.

Gomiss's counsel is instructed to submit any fee application and corresponding billing records to the Court by January 20, 2026.  The Respondents are instructed to file any opposition by February 3, 2026.

It is SO ORDERED.

Dated:   January 5, 2026
         New York, New York

_____
EDGARDO RAMOS
United States District Judge